```
               UNITED STATES DISTRICT COURT
                   DISTRICT OF MINNESOTA
                  CIVIL NO. 20-1046 (DSD/KMM)
```

Leon Opiacha,

    Plaintiff,

v.                 **ORDER**

Department of Human Services,

    Defendant.

This matter is before the court upon the Report and Recommendation of United States Magistrate Judge Kate Menendez, dated July 14, 2021 (R&R). No objections have been filed to the R&R within the time period permitted. Accordingly, based on the R&R, the files, records, and proceedings herein, **IT IS HEREBY ORDERED that:**

  1. The petition under 28 U.S.C. § 2254 [ECF No. 7] is denied;

  2. No certificate of appealability shall issue; and

  3. The case is dismissed with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 16, 2021      /s David S. Doty
                 David S. Doty, Judge
                 United States District Court